IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., a Florida Non Profit Corporation, and PATRICIA KENNEDY, Individually,<br><br>        Plaintiffs,<br>v.<br><br>WELCOME HOSPITALITY OF SARASOTA, LLC, A Florida Limited Liability Company,<br><br>Defendant.<br>_____ | :  No.: 8:11-cv-02519-MSS-EAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Access for the Disabled, Inc. and Patricia Kennedy, and Defendant, Welcome Hospitality of Sarasota, LLC, by and through their undersigned attorneys of record, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case be, and hereby is, dismissed in its entirety with prejudice with each party to bear its own fees and costs.

FOR THE PLAINTIFFS                                    FOR THE DEFENDANT


By:   s/ Thomas B. Bacon                              By:   s/ Robert G. Walker, Jr.

| | |
|---|---|
| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>ph. (954) 925-6488<br>fax (954) 237-1990<br>tbb@thomasbaconlaw.com<br>Florida Bar I.D. No. 139262 | Robert G. Walker, Jr., Esq.<br>Attorney-At-Law<br>1421 Court St., Ste. F<br>Clearwater, FL 33756<br>ph. (727) 442-8683<br>fax (727) 441-1895<br>walkerlaws@aol.com<br>Florida Bar I.D. No. 329428 |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I caused to be electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: December 10, 2012                _s/ Thomas B. Bacon_
                                                  Thomas B. Bacon, Esquire